IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | 8:04CV388 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| NICHOLAS G. PATRINOS and STRATEGIC MARKETING, INNOVATIONS & SOLUTIONS, INC., | ) ) ) ) ) | |
| Defendant. | ) | |

Upon the suggestion of bankruptcy (filing 22) filed by the defendant, Nicholas G. Patrinos,

IT IS ORDERED that:

1) This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2) This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3) The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

August 2, 2005.                                    BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge