IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| Plaintiff, | ) ) | 8:04cv388 |
| v. | ) ) ) | |
| NICHOLAS G. PATRINOS, and STRATEGIC MARKETING, INNOVATIONS & SOLUTIONS, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by March 27, 2006, file their Report of Parties' Planning Conference.

DATED March 10, 2006.

/s/ *David L. Piester*
United States Magistrate Judge