IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| Plaintiff, | ) ) | 8:04cv388 |
| v. | ) ) | |
| NICHOLAS G. PATRINOS, and STRATEGIC MARKETING, INNOVATIONS & SOLUTIONS, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by March 27, 2006, file their Report of Parties' Planning Conference.

DATED March 10, 2006.

/s/ *David L. Piester*
United States Magistrate Judge