IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELAINE CHAO,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF<br>LABOR,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS G. PATRINOS and<br>STRATEGIC MARKETING,<br>INNOVATIONS & SOLUTIONS,<br>INC.,<br><br>    Defendants. | 8:04CV388<br><br>ORDER |

Considering the motion to withdraw by Koley Jessen, P.C. and notice that defendant Nicholas Patrinos intends to represent himself in this case,

IT IS ORDERED:

1. Counsel's motion to withdraw, filing 29, is granted, effective upon the filing of a certificate of service or affidavit indicating that the defendants have been served with a copy of this order.

2. Defendant Patrinos will represent himself in this case. Defendant will keep the clerk informed of his address and e-mail address at all times. Defendant shall follow the Federal Rules of Civil Procedure and this court's local rules. Defendant shall serve all parties with copies of all his pleadings and papers filed or delivered to the court and include a certificate of service.

3. The clerk shall provide a copy of filings 27 and 28 to defendant Patrinos.

DATED this 28th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge