IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELAINE CHAO, ) <br> SECRETARY OF LABOR, ) <br> UNITED STATES DEPARTMENT ) <br>  OF LABOR, ) <br>     Plaintiff, ) <br>    v. ) <br> ) <br> NICHOLAS G. PATRINOS, ) <br> CHRISTINA KYRIAKOS PATRINOS, and ) <br> STRATEGIC MARKETING, INNOVATIONS ) <br> & SOLUTIONS, INC. ) <br>     Defendants. ) | CIVIL ACTION FILE <br> NO. 8:04cv388 |

## ORDER

For good cause shown, it is hereby ORDERED that Plaintiff's Motion for Extension of Time to File Report of Parties' Planning Conference (Doc. #31) is GRANTED.

SO ORDERED.

DATED this 28th day of March, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge