```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

ELAINE CHAO,                     )
SECRETARY OF LABOR,              )
UNITED STATES DEPARTMENT OF      )
LABOR,                           )        8:04CV388
                                 )
          Plaintiff,             )
                                 )
     v.                          )        MEMORANDUM AND ORDER
                                 )
NICHOLAS G. PATRINOS and         )
STRATEGIC MARKETING,             )
INNOVATIONS & SOLUTIONS,         )
INC.,                            )
                                 )
          Defendants.            )
```

Defendant Strategic Marketing Innovations & Solutions, Inc. is now unrepresented in this case. A corporation must, in federal court, be represented by an attorney; it may not appear *pro se*. Ackra Direct Marketing Corp. v. Fingerhut Corp., 86 F.3d 852, 857 (8th Cir. 1996); United States v. Van Stelton, 988 F.2d 70 (8th Cir. 1993); Carr Enterprises, Inc. v. United States, 698 F.2d 952, 953 (8th Cir. 1983). This defendant must have an attorney to represent its interest, or suffer default.

     IT THEREFORE HEREBY IS ORDERED:

     The motion to withdraw as to defendant Strategic Marketing Innovations & Solutions, Inc. is granted, and

     1. The clerk shall send Strategic Marketing Innovations & Solutions, Inc.'s withdrawing counsel notice and a copy of this order. The withdrawal of Strategic Marketing Innovations & Solutions, Inc.'s counsel is effective upon the filing of a certificate of service that this order has been served on Strategic Marketing Innovations & Solutions, Inc.

     2. Defendant Strategic Marketing Innovations & Solutions, Inc. is given 20 days to obtain the services of new counsel and have that attorney file an appearance in this case, in the

absence of which it will be found in default and subject to default judgment.

DATED this 29th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge