IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
ELAINE CHAO,                      )
SECRETARY OF LABOR,               )
UNITED STATES DEPARTMENT OF       )
LABOR,                            )         8:04CV388
                                  )
         Plaintiff,               )
                                  )
     v.                           )         MEMORANDUM AND ORDER
                                  )
NICHOLAS G. PATRINOS and          )
STRATEGIC MARKETING,              )
INNOVATIONS & SOLUTIONS,          )
INC.,                             )
                                  )
         Defendants.              )
```

Christina Kyriakos Patrinos has filed an "Inquiry to the Court" by which she asks guidance in defending herself in this case. She states she has been sued, but the case file does not disclose either that the plaintiff has filed an amended complaint or that plaintiff has even sought leave to amend the complaint naming her as a defendant. No amended complaint has been filed. What the file does disclose is that plaintiff's counsel attempted to serve Christina Patrinos and her husband, Defendant Nicholas Patrinos, with subpoenas for depositions in August, 2005, but there is no indication that the subpoenas were actually served. Filing 23. When the Patrinos's did not appear for their scheduled depositions, a motion to compel them to do so was filed, filing 23. That motion, however, has been denied without prejudice as a result of the case's return from the Bankruptcy Court. Order of March 9, 2006, filing 26. Thus, there is nothing pending in the court file that appears to pertain to Christina Patrinos.

The clerk has named Christina Patrinos as an "interested party" in this case file, so she should be given notice of

filings. There is nothing at this time, however, that she is required to do, because she is not a party.

IT THEREFORE HEREBY IS ORDERED,

1. The "Inquiry to the Court," filing 37, is stricken, and

2. Christina Kyriakos Patrinos is not to file additional papers without leave of court.

3. The motion of extension of time, filing 38, also is stricken.

DATED this 19th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge