```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA

ELAINE CHAO,                      )
SECRETARY OF LABOR,               )
UNITED STATES DEPARTMENT OF       )
LABOR,                            )              8:04CV388
                                  )
           Plaintiff,             )
                                  )          MEMORANDUM AND ORDER
      v.                          )
                                  )
NICHOLAS G. PATRINOS and          )
STRATEGIC MARKETING,              )
INNOVATIONS & SOLUTIONS,          )
INC.,                             )
                                  )
           Defendants.            )


                                  )
ELAINE CHAO,                      )              8:06CV23
SECRETARY OF LABOR,               )
UNITED STATES DEPARTMENT OF       )
LABOR,                            )
                                  )          MEMORANDUM AND ORDER
           Plaintiff,             )
                                  )
      v.                          )
                                  )
CHRISTINA KYRIAKOS PATRINOS       )
and STRATEGIC MARKETING,          )
INNOVATIONS & SOLUTIONS,          )
INC.,                             )
                                  )
           Defendants.            )
                                  )
```

Upon consideration of the defendants' motions for extensions of time,


IT IS ORDERED:

1. Defendant Christina Kyriakos Patrinos's motion for time, filing 8 in 8:06cv23, is granted, and Defendant Nicholas G. Patrinos's motion for extension of time, filing 51 in 8:04CV388, are granted.

2. The parties and counsel for the government are given ninety days from the date of this order in which to complete their "meet and confer" conference pursuant to Fed. R. Civ. P. 26(f) and file their joint Report of Parties' Planning Meeting. Counsel for plaintiff shall make the arrangements for the conference.

DATED: August 11, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge