IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | 8:04CV388 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| NICHOLAS G. PATRINOS, | ) ) | |
| Defendant. | ) | |

Pursuant to the court's previous memorandum and order (filing 62), and in the absence of a good cause showing by Plaintiff,

IT IS ORDERED that:

1. The answer and amended answer filed by Christina Kyriakos Patrinos (filings 36 and 53) shall be stricken from the court file.

2. The clerk of the court shall terminate the "interested party" status of Christina Kyriakos Patrinos, and she shall no longer have any interest in, nor be a party to, this action.

September 26, 2006.           BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge