IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE CHAO, Secretary of Labor, | ) | 8:04CV388 |
| United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| NICHOLAS G. PATRINOS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's unopposed motion to dismiss (filing 64), and Fed. R. Civ. P. 41(a)(2),

IT IS ORDERED that Plaintiff's remaining claims against Defendant Nicholas G. Patrinos are dismissed without prejudice, and that the clerk of the court shall close this file for statistical purposes.

April 17, 2007.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge