IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELAINE CHAO, Secretary of Labor, United States Department of Labor, | Case No. 8:04CV388 |
| Plaintiff, | |
| vs. | |
| NICHOLAS G. PATRINOS, | ORDER RETURNING SUBMISSION |
| Defendant. | |

On July 31, 2007, the clerk's office received a Suggestion of Bankruptcy for filing in the above case. The debtor, Christine Kyriakos, is not a party to this action.

Therefore, the clerk's office is directed to return the original Suggestion of Bankruptcy to the filer, John T. Turco.

August 9, 2007.            BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge